| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Joseph E. Addiego III (CA SBN 169522)<br>Mary McNeill (CA SBN 261500)<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599<br>Email: joeaddiego@dwt.com<br>marymcneill@dwt.com |
| 7<br>8 | Attorneys for Defendant<br>JPMORGAN CHASE BANK, N.A. |

## IN THE UNITED STATES DISTRICT COURT

## THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| ROBERT OBY and SUSAN OBY | Case No. 2:16-cv-01008-MCE-CKD |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL AS TO DEFENDANT JPMORGAN CHASE BANK, N.A.** |
| v. | |
| CLEAR RECON CORPORATION; SELECT PORTFOLIO SERVICING, INC.; JPMORGAN CHASE BANK, N.A. (sued erroneously as JP MORGAN CHASE); and DOES 1 through 50, inclusive, | |
| Defendants. | |

On March 10, 2017, the Court filed a memorandum and order (Dkt. No. 36) granting JPMorgan Chase Bank, N.A.'s ("Chase") Motion to Dismiss the Complaint in full with regard to Chase ("Order"). The Court's order gave Plaintiffs 20 days to file a first amended complaint, should they choose to do so. Plaintiffs have neither filed an amended complaint nor objected to the Court's Order. No objections were filed. *See* Dkt. No. 36.

Since Plaintiffs have not filed an amended complaint within the time provided, the above-entitled action is hereby dismissed as to Defendant Chase, without further leave to amend. The action remains pending as to other Defendants.

IT IS SO ORDERED.

Dated: April 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE