UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OBY and SUSAN OBY, | No. 2:16-cv-01008-MCE-CKD |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| CLEAR RECON CORP.; SELECT PORTFOLIO SERVICING, INC.; JPMORGAN CHASE; and Does 1-50, | |
| Defendants. | |

On September 1, 2017, Plaintiffs submitted a Request for Dismissal (ECF No. 52) in the above-entitled matter which requested dismissal, with prejudice, with the parties each bearing their own respective costs, including attorney's fees and other litigation expenses. That same day, the only remaining Defendant in these proceedings, Select Portfolio Servicing, Inc., submitted a Statement of Non-Opposition (ECF No. 53) to that Request. Given that non-opposition, and good cause appearing, the matter is hereby dismissed, with prejudice, each side to bear its own costs, including attorney's fees and other litigation expenses.

///

1

The matter having now been concluded in its entirety, the Clerk of Court is hereby directed to close the file.

    IT IS SO ORDERED.

Dated:  January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE